# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-1285

_____

| | | |
|---|---|---|
| Curtis Murphy, | * | |
| | * | |
| Plaintiff - Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Western District of Missouri. |
| | * | |
| City Utilities of Springfield, Mo., | * | [UNPUBLISHED] |
| | * | |
| Defendant, | * | |
| | * | |
| City of Springfield, Mo., | * | |
| | * | |
| Defendant - Appellee, | * | |
| | * | |
| Wayne Scheer, Chairman of the Board | * | |
| of Public Utilities of Springfield, | * | |
| Missouri, in both his individual and | * | |
| official capacity, | * | |
| | * | |
| Defendant. | * | |

_____

Submitted: January 13, 2006
Filed: February 17, 2006

_____

Before BYE, HEANEY, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Curtis Murphy appeals the district court's[1] adverse grant of summary judgment on each of his nineteen claims charging, inter alia, employment discrimination, retaliation, breach of contract, promissory estoppel, unlawful termination, violation of the Employee Retirement Income Security Act, 29 U.S.C. § 1140, defamation, and negligence. Murphy also appeals the district court's denial of his motion to amend his complaint.

Murphy sought to amend his complaint nearly eight months after the deadline set by the district court for amending the pleadings and shortly before the close of discovery. The district court did not abuse its discretion by denying Murphy's motion to amend his complaint which sought to add new parties and claims and was bereft of reasons why the district court should allow the late amendment. See, e.g., Bell v. Allstate Life Ins. Co., 160 F.3d 452, 454 (8th Cir. 1998).

After a de novo review of the record before the district court, we conclude Murphy's claims are without merit. We affirm for the reasons given by the district court. See 8th Cir. R. 47B.

_____

---

[1] The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri.